**WENETA M.A. KOSMALA**
**Post Office Box 16279**
**Irvine, CA 92623-9998**
**Tel: (714) 708-8190**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| In Re:<br>DATANET SOLUTIONS, INC, A NEVADA CO<br><br>Debtor(s). | CASE NUMBER<br>8:10-BK-19437 ES<br>Chapter 7<br><br>**NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)]** |
|---|---|

COUNSEL:    SCOTT C CLARKSON

TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 09/16/10 at 10:00am in Room 1-154, United States Bankruptcy Court, 411 W. Fourth Street, Santa Ana, CA 92701 for the reason set forth below:

☒    You failed to appear at the 341 (a) meeting previously scheduled in your matter.

☐    You appeared at your 341 (a) meeting, however documents are outstanding.

☐    You failed to appear at your continued 341 (a) meeting previously scheduled in your matter and documents are outstanding.

☐    No appearance was required.  The 341 (a) meeting was taken off calendar, however documents remain outstanding.

Dated: 08/19/10

/s/ Weneta M. A. Kosmala

☒    I certify that Debtor(s)' Counsel in the above referenced case waived Notice of the Continued 341 (a) meeting.

☐    I certify that I served the within Notice on the above Debtor(s), Debtor(s)' Counsel, and the Office of the United States Trustee, on August 19, 2010.

/s/ David M. Fitzgerald